# PD-1216-15

Case No.07-13-00292-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 1 8 2015

Abel Acosta, Clerk

Daniel Medrano

v

State of Texas

In the Court of
Criminal Appeals
Austin, TX

---

## MOTION FOR EXTENTION OF TIME TO FILE
## PETITION FOR DESCRETIONARY REVIEW

---

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now DANIEL MEDRANO, Appellant Pro Se, and files his motion for an extension of time and in support shows the following:

### I.

On August 20, 2015, Appellants conviction was affirmed by the Seventh Court of Appeals, petitioners attorney on direct appeal notified him that her duties were completed as to her representation on direct appeal. She informed petitioner that he may proceed Pro Se or obtain counsel. Petitioner does not have the means to obtain counsel and will now proceed Pro Se, Appellants deadline to file is September 21, 2015.

### II.

Appellant asserts he needs more time to file his P.D.R. At this moment he is trying to get an extra copy of his opinion and his file from his trial attorney. The Units Law Library does not have up to date case law and he would like outside sources in securing use in Lexis Nexus for his research. Due to federal holidays his law library will be closed multiple days in the forgoing month. Appellant is asking for a 60 day extension.

### III.

Wherefore premises considered, appellant prays that he be allowed an extension of time to file his P.D.R.

Executed this ___10TH___ day of _September_ 20_15_.

Respectfully submitted,

_Daniel Medrano_
Daniel Medrano
TDCJ No. 1884378

## CERTIFICATE OF SERVICE

I, DANIEL MEDRANO, attest that the following Motion to Extend Time to File PDR, a Motion to Suspend Rules, have been sent by U. S. Mail, First Class, to the State Prosecuting Attorney at P. O. Box 10536, Lubbock, TX 79408-3536, on this the ___31st day of August, 2015.

## UNSWORN DECLARATION

I, DANIEL MEDRANO, being presently incarcerated at the William G. McConnell Unit, TDCJ-CID, located in Bee County, Texas, do hereby declare under penalty of perjury that the foregoing is true and correct,

EXECUTED this _10_ day of _SEPTEMBER_, 20 _15_.

Daniel Medrano # 1884378
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102
APPELLANT PRO SE